# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:04CR00010 |
| v. | ) **OPINION** |
| JAMES PAUL ANDREW STILLWELL, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

*James Paul Andrew Stillwell, Pro Se Defendant.*

James Paul Andrew Stillwell, a federal inmate proceeding pro se, has filed a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255 (West Supp. 2011), alleging ineffective assistance at sentencing. For the reasons stated, I must deny Stillwell's § 2255 motion without prejudice as successive.

This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). Court records indicate that Stillwell previously filed a § 2255 motion concerning this same conviction and sentence. *See Stillwell v. United States*, Case No. 7:06CV00626, 2007 WL 391548 (W.D. Va. Feb. 1, 2007) (Turk, J.). Because Stillwell offers no indication that he has obtained certification from the court of

appeals to file a second or successive § 2255 motion, I must dismiss Stillwell's current action without prejudice.

A separate Final Order will be entered herewith.

DATED: May 4, 2012

/s/ James P. Jones
United States District Judge